**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert J. KUHN, Jose C. Davila, and
Doyle E. Huckabee,
Defendants-Appellants.**

No. 80–1207
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.
Unit A

Feb. 23, 1981.

James Daniel (Jay) Doyle, III, Austin, Tex., for defendant-appellant Davilla.

Albert A. Pena, III, Corpus Christi, Tex., for defendant-appellant Huckabee.

Richard Witte Alexander, Austin, Tex., for defendant-appellant Kuhn.

LeRoy Morgan Jahn, Asst. U. S. Atty., San Antonio, Tex., for plaintiff-appellee.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion Nov. 5, 1980, 5 Cir., 629
F.2d 1087)

Before GEE, RUBIN and RANDALL, Circuit Judges.

PER CURIAM:

In our original opinion, we decided the merits of this attempted *Abney*[1]-type appeal on the assumption that we had jurisdiction to do so, expressly reserving that question. Since then it has been determined that we lack such jurisdiction. *United States v. Becton*, 632 F.2d 1294 (5th Cir. 1980). What we earlier wrote on the merits is therefore of no effect. We withdraw it. The appeal is

DISMISSED.

1. *Abney v. United States*, 431 U.S. 651, 97 S.Ct. 2034, 52 L.Ed.2d 651 (1977).